UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 09-6332-DMG(JEMx)** | Date | MAY 28, 2010 |

| | |
|---|---|
| Title | ***Melvina Bogan v. Accounts Receivable Management, Inc.,*** |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE.,  UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court, having been notified by counsel pursuant to the Stipulation filed on May 18, 2010, indicating that the case has settled in its entirety, it is ordered that this case is placed in inactive status; the parties shall file a proper stipulation and order for dismissal, judgment, or may move to reopen if settlement is not consummated, by filing a motion therefor no later than *June 18, 2010.*

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Final Pretrial Conference on August 23, 2010 and Jury Trial on September 7, 2010 are hereby **VACATED.**

**IT IS SO ORDERED.**

cc: all parties