**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA,
WESTERN DIVISION**

| | |
|---|---|
| MELVINA BOGAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ACCOUNTS RECEIVABLE MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No.: CV09-06332 DMG (JEMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**JS6** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned matter is hereby dismissed with prejudice.  **Each party will bear their own fees and costs.**

**IT IS SO ORDERED.**

Dated:  June 10, 2010

_____
Dolly M. Gee
United States District Judge